**Richard C. HERBST, Plaintiff–Appellant,**

v.

**Michael A.O. BROWN, Appellee.**

**Docket No. 01–7771.**

United States Court of Appeals, Second Circuit.

Jan. 4, 2002.

Richard C. Herbst, West Palm Beach, FL, pro se.

Jonathan Marks, Law office of Jonathan Marks, New York, NY, for Appellee.

Present OAKES, NEWMAN, and PARKER, Circuit Judges.

### SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the decision of said district court be and it hereby is AFFIRMED.

Appellant-plaintiff Richard C. Herbst appeals from the judgment of the United States District Court for the Southern District of New York (Lewis A. Kaplan, *Judge*), entered May 23, 2001, dismissing Herbst's complaint with prejudice for failure to comply with various court orders. We hold that the district court did not abuse its discretion in dismissing plaintiff's complaint. For substantially the same reasons as set forth by the district court in its order, the judgment of the district court is AFFIRMED.